UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSE M. FERGUSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                               /

Case No. 12-15080

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [17] , GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15], REVERSING THE FINDINGS OF THE COMMISSIONER AND REMANDING THE CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR**

    Before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff Rose M. Ferguson's appeal of the denial of her Social Security disability benefits request [17].  The Magistrate Judge recommends that the Court grant the Plaintiff's motion for summary judgment [11], deny Defendant's motion for summary judgment [15], reverse the Commissioner's findings, and remand the case to the administrative law judge for further proceedings under Sentence Four of 42 U.S.C. § 405(g).

    Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation[1], the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [11] is GRANTED, Defendant's motion for summary

---

[1]Timely objections were not filed.

judgment [15] is DENIED, the findings of the Commissioner are REVERSED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: January 10, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 10, 2014, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol Hemeyer